**Fill in this information to identify the case:**

United States Bankruptcy Court for the:
Southern District of NEW YORK (State)

Case number (If known): _____ Chapter _____

FILED
U.S. BANKRUPTCY COURT
2018 JUL -2 P 3: 26
S.D. OF N.Y.

☐ Check if this is an amended filing

Official Form 201

## Voluntary Petition for Non-Individuals Filing for Bankruptcy    04/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

1. **Debtor's name**: 167 WEST 133RD STREET HOUSING DEVELOPMENT FUND CORP

2. **All other names debtor used in the last 8 years**
   Include any assumed names, trade names, and *doing business as* names: 167 WEST 133RD ST HDFC

3. **Debtor's federal Employer Identification Number (EIN)**: 13-4151336

4. **Debtor's address**
   Principal place of business:
   167 WEST 133 ST
   APT 1-D
   NEW YORK NY 10030
   County: NEW YORK

   Mailing address, if different from principal place of business: (blank)

   Location of principal assets, if different from principal place of business: (blank)

5. **Debtor's website (URL)**: NONE

6. **Type of debtor**:
   ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   ☐ Partnership (excluding LLP)
   ☐ Other. Specify: _____

Official Form 201    Voluntary Petition for Non-Individuals Filing for Bankruptcy    page 1

Debtor  **167 WEST 133RD STREET Housing Development Fund CORPORATION**
       Name

Case number (if known) _____

---

**7. Describe debtor's business**

A. *Check one:*
- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ☐ None of the above

B. *Check all that apply:*
- ☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .

___ ___ ___ ___

---

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*
- ☐ Chapter 7
- ☐ Chapter 9
- ☒ Chapter 11. *Check all that apply:*
  - ☒ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

---

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

- ☒ No
- ☐ Yes. District _____  When ___/___/____ (MM/DD/YYYY)  Case number _____
-       District _____  When ___/___/____ (MM/DD/YYYY)  Case number _____

---

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

- ☒ No
- ☐ Yes. Debtor _____  Relationship _____
-       District _____  When ___/___/____ (MM/DD/YYYY)
-       Case number, if known _____

---

Official Form 201      Voluntary Petition for Non-Individuals Filing for Bankruptcy      page 2

Debtor **167 WEST 133RD STREET Housing Development Fund Corporation**
Name

Case number (if known) _____

**11. Why is the case filed in this district?**

Check all that apply:

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

Why does the property need immediate attention? (Check all that apply.)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

Where is the property? _____
Number   Street

_____
City                                State   ZIP Code

Is the property insured?

☐ No
☒ Yes. Insurance agency **HSC MANAGEMENT CORP ON FILE**
Contact name **DAVID PEREZ**
Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

Check one:

☒ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

☒ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5,001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15. Estimated assets**

☐ $0-$50,000
☐ $50,001-$100,000
☐ $100,001-$500,000
☐ $500,001-$1 million

☒ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million

☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

Official Form 201                Voluntary Petition for Non-Individuals Filing for Bankruptcy                page 3

Debtor  167 WEST 133RD STREET Housing Development Fund Corporation
_____Name_____  Case number (if known) _____

**16. Estimated liabilities**
- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☒ $100,001-$500,000
- ☐ $500,001-$1 million
- ☐ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

## Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

- ■ The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.
- ■ I have been authorized to file this petition on behalf of the debtor.
- ■ I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  7/2/2018
            MM / DD / YYYY

X _Judith E. Smith_ (signature)    Judith E. Smith
Signature of authorized representative of debtor    Printed name

Title  Secretary, Treasurer

**18. Signature of attorney**

X _____    Date _____
Signature of attorney for debtor              MM / DD / YYYY

Printed name _____

Firm name _____

Number    Street _____

City _____  State _____  ZIP Code _____

Contact phone _____  Email address _____

Bar number _____  State _____

## RESOLUTION OF BOARD OF DIRECTORS
## 167 West 133Rd Street Housing Development Fund Corporation

Whereas, it is in the best interest of the Corporation to file a voluntary petition in the United States Bankruptcy Court Pursuant to Chapter 11 of Tile 11 of the United States Code:

Be it therefore resolved, that Judith E. Smith., Secretary-Treasurer of this Corporation, is Authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter 11 Voluntary Bankruptcy case on behalf of the Corporation, and

Be it Further Resolved, that Judith E. Smith., Secretary-Treasurer of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the Corporation, and to otherwise do and perform all acts deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be it Further Resolved, that Judith E. Smith., Secretary-Treasurer of this Corporation is Authorized and directed to Employ all Legal Professionals not limited to accountants, surveyors and Attorneys for Bankruptcy Counsel of his choice to prepare and defend all interest of 167 West 133Rd Street Housing Development Fund Corporation., Debtor.

Dated: July 2, 2018

_____
Judith E. Smith Secretary- Treasurer
167 West 133Rd Street Housing Development Fund Corporation

## Corporate Ownership Statement

Re: 167 WEST 133RD STREET Housing Development Fund Corporation.

Shareholders:
1. Judith E Smith — 250 Shares.
2. DAVID Smith — 250 Shares.
3. Ricardo A. Grant — 250 Shares

Low income housing Apartment building 15 Apartments and our OFFICE.

DATED July 2, 2018

*Judith E Smith*
Judith E Smith
Secretary, Treasurer

NYC HPD
100 GOLD STREET
NYC NY 10038

NYC DEPT of FINANCE
66 John Street
NYC NY 10038

NYC DEP
66 John Street
NYC NY 10038